# EXHIBIT B

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Attn: FOIA/PA Appeals Office*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship
and Immigration
Services

Control Number: APP2026006045

July 7, 2026

CARL HURVICH
10 HIGH ST.
STE 3
MEDFORD, MA 02155

Dear CARL HURVICH:

Re: NRC2025428274

You appealed the action of the National Records Center regarding your request for access to records pertaining to SANJANA SHARMA, dated September 25, 2025.

After careful consideration of your appeal, I have decided to affirm the decision of the National Records Center. It is my understanding that by letter dated September 17, 2025, the National Records Center responded to your request by informing you no records responsive to your request were located.

You may submit a new request to the National Records Center for your complete file. If you wish to file a new FOIA request, you may do so online at www.uscis.gov/foia or by writing to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010. The requirements of filing a FOIA or PA request are also available for your convenience on our website at www.uscis.gov/FOIA.

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

The Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202- 741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Sincerely,

Quan K. Luong, Office of Chief Counsel
U.S. Citizenship and Immigration Services