# EXHIBIT E

← Back

# Control Number: APP2026015877REQ

APPEAL CHECK DOCUMENT LIBRARY

## Request Details

| | |
|---|---|
| Request Description | |
| Date Submitted | **05/27/2026** |
| Request Type | **FOIA Request** |

## Request Status

| | |
|---|---|
| Place in Queue | |
| Status | **Submitted** |
| Estimated Completion Date | **05/10/2027** |

**Note: This is an estimated date based on average processing times. Availability of records and complexity of request may effect completion date.**

**For more information about making a FOIA/PA request or submitting an Administrative Appeal, please see the link** [How to Request Records through the Freedom of Information Act or Privacy Act (uscis.gov)] **.**

✔ Pending Review from Subject of Record

Before the request is submitted to USCIS, the Subject of Record must verify their identity and provide consent for USCIS to release their records to the requester. The Subject of Record will receive an email or text message with a link to complete this process electronically. The Subject of Record has 2 weeks to complete this process, or the link will expire and a new request must be submitted to receive the records.

✔ Received

The request was received by USCIS.

3 In Process

USCIS is performing activities such as reviewing the request, searching for records, and preparing records for release.

4 Completed

USCIS completed processing the request, and a letter was sent to the requester explaining the actions taken

## USCIS FOIA/PA Headquarters Office

USCIS Contact Center
1-800-375-5283 or TTY 800-767-1833
FOIAPAQuestions@uscis.dhs.gov